UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CRIMINAL MINUTES - GENERAL**

| Case No. | CR 02-215-CAS | | Date | November 23, 2009 |
|---|---|---|---|---|
| Present: The Honorable | CHRISTINA A. SNYDER | | | |
| Interpreter | N/A | | | |

| Catherine M. Jeang | Not Present | John Lulejian, Not Present |
|---|---|---|
| *Deputy Clerk* | *Court Reporter* | *Assistant U.S. Attorney* |

| U.S.A. v. Defendant(s): | Present | Cust. | Bond | Attorneys for Defendants: | Present | App. | Ret. |
|---|---|---|---|---|---|---|---|
| ANTHONY WALKER SOWELL | NOT | | X | ANTHONY SOLIS | NOT | | X |

**Proceedings:** (IN CHAMBERS)

Pursuant to counsels' request, the Court grants counsels' request to continue the Evidentiary Hearing from December 4, 2009 to **February 12, 2010** at **1:30 p.m.**

|  | 00 | : | 00 |
|---|---|---|---|
| Initials of Deputy Clerk | | CMJ | |

cc: Benita Grimm, U.S. Probation