ANDRÉ BIROTTE JR.
United States Attorney
CHRISTINE C. EWELL
Assistant United States Attorney
Chief, Criminal Division
JOHN J. LULEJIAN (SBN: 186783)
Assistant United States Attorney
Violent and Organized Crime Section
    1500 United States Courthouse
    312 North Spring Street
    Los Angeles, California 90012
    Telephone: (213) 894-8603
    Facsimile: (213) 894-3713
    E-mail: John.Lulejian@usdoj.gov

Attorney for Plaintiff
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) No. CR 02-215-CAS |
|         Plaintiff, | ) |
|     v. | ) **FINDINGS OF FACTS REGARDING COMPETENCY OF DEFENDANT** |
| ANTHONY WALKER SOWELL, | ) |
|         Defendant. | ) |

Having considered the following:

(1) the forensic evaluations (dated July 1, 2009, and January 26, 2010) prepared by Lisa Hope, Psy.D. pursuant the Court's December 2, 2008, and April 6, 2009, Orders Regarding Competency Evaluation of Defendant (Docket Nos. 118 and 131);

(2) Dr. Hope's expert testimony at the February 12, 2010, Evidentiary Hearing on Revocation of Supervised Release re: Competency, conducted pursuant to 18 U.S.C. §§ 4241(c) and 4247(d);

(3) the statements of defense and government counsel at the March 5, 2010, Proceedings re: Evidentiary Hearing on Revocation of Supervised Release/Competency; and

(4) the records and files in this case,

the Court FINDS that defendant Anthony Walker Sowell is not suffering from a mental disease or defect rendering him mentally incompetent to the extent that he is unable to understand the nature and consequences of the proceedings against him or to assist properly in his defense.

Based on the foregoing, the Court FURTHER FINDS that defendant is competent to stand trial in the above-captioned case and in the matter of <u>United States v. Anthony Walker Sowell</u>, Case No. CR 08-1358-CAS, also pending before this Court.

_March 25, 2010_
DATE

_Christina A. Snyder_
HONORABLE CHRISTINA A. SNYDER
UNITED STATES DISTRICT JUDGE

Presented by:

_/s John J. Lulejian_
JOHN J. LULEJIAN
Assistant United States Attorney