O

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | CASE NO. CR02-215-CAS |
|---|---|---|
| Plaintiff, | ) | |
| v. | ) | FINAL SUPERVISED RELEASE REVOCATION AND JUDGMENT |
| ANTHONY WALKER SOWELL, | ) | |
| Defendant. | ) | |
| _____ | ) | |

On June 18, 2008, November 2, 2010, and March 28, 2011, this matter came before the Court on a petition to show cause why supervised release should not be revoked filed July 3, 2007. The Government, John Lulejian, the defendant, pro se and his appointed CJA Co-counsel, Anthony Solis, were present. The U.S. Probation Officer, Benita Grimm, is also present.

On November 2, 2010, defendant moved to change his denial to allegation 1 and was advised of his Constitutional Rights. The defendant changed his denial and admitted to allegation 1 of the Petition on Probation and Supervised Release filed July 3, 2007.

On June 18, 2008, the Court questioned the defendant regarding the petition filed July 3, 2007 and was advised of his Constitutional Rights. The defendant changed his denial to admissions as to allegations 2, 3, 4, and 5 of the Petition on Probation and Supervised Release filed July 3, 2007.

///

1  Defendant having admitted to allegations 1, 2, 3, 4, and 5, the Court finds that the
2  defendant is in violation of the terms and conditions of his supervised release as set forth in
3  the Judgment and Probation/Commitment Order of December 11, 2003.  The defendant's
4  supervised release is hereby revoked.  The defendant is hereby committed to the custody of
5  the Bureau of Prisons for a term of twenty-three (23) months, to be served concurrently to
6  the term imposed under docket number CR08-01358-CAS in the United States District
7  Court, Central District of California, with no supervision to follow.
8  IT IS ORDERED that the Clerk deliver a copy of this judgment to the United States
9  Marshal or other qualified officer and that said copy shall serve as the commitment of
10 defendant.

12 FILE/DATED: March 30, 2011          _____
                                      CHRISTINA A. SNYDER
13                                    UNITED STATES DISTRICT JUDGE

15                                    TERRY NAFISI, CLERK

17                                    By: _____/S/_____
                                          Catherine M. Jeang, Deputy Clerk